IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TITO JAY BRYANT,

    Plaintiff,

v.

RONALD J. HARRIS, d/b/a RAINBOW SELF STORAGE, KIM SANTSCHE, and DOES ONE to FIFTY, inclusive,

    Defendants.

No. C 13-02068 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment (Dkt. No. 46), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.

The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 25, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE